**FILED**

uNUNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

JAN 0 5 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. /·2 l ᴏ 7 TSK MJA |
| TERRANCE CECIL CLARK, | Violations:   18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE
### (Unlawful Possession of Firearm)

On or about May 28, 2020, in Marion County, in the Northern District of West Virginia, defendant **TERRANCE CECIL CLARK**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, on or about February 9, 2012, the defendant **TERRANCE CECIL CLARK** was convicted of Attempted Home Invasion in the First Degree in the Third Judicial Circuit of Wayne County, Michigan, in case number 12-001172-01-FH and on or about July 23, 2012, the defendant **TERRANCE CECIL CLARK** was convicted of Attempted Home Invasion in the First Degree in the Third Judicial Circuit of Wayne County, Michigan, in case number 12-006841-01-FH, did knowingly possess a firearm in and affecting interstate and foreign commerce, that is, as a Glock semi-automatic pistol, model 19, 9mm caliber, serial number ACSW813, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
### Gun Control Act

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing or willful violation of Title 18, United States Code, Section 922(g), including:

1)  A Glock semi-automatic pistol, model 19, 9mm caliber, serial number ACSW813

A true bill,

/s/_____
Foreperson

/s/_____
WILLIAM J. POWELL
United States Attorney

Sarah E. Wagner
Assistant United States Attorney